STATE use of JOHN ABBOTT and WIFE *vs.* LEVIN STUART, administrator of JEHU STOCKLEY.

Infancy must be specially replied to a plea of the act of limitations.

DEBT on a testamentary bond.

Pleas—"Plene administravit; performance, and the act of limitations." Replications and issues.

The plff. offered to prove the infancy of Mrs. Abbott to rebut the plea of the statute of limitations, but it was objected to and insisted that he ought to have replied the infancy.

The *Court* said that where a party relied on infancy to prevent the operation of the statute, he must reply it so as to give the other side notice.

                                        The plff. suffered a nonsuit.

*Layton,* for plff.     *Cullen,* for deft.